UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
CRIMINAL MINUTES
LONDON

Case No. <u>6:8-cr–92-ART</u>         At: <u>Pikeville</u>         Date: <u>October 9, 2008</u>

U.S.A. vs. <u>JASON LEE ROBINSON</u>        <u> X </u> present  <u> X </u> custody ___ bond ___ OR   AGE _____

_____

**DOCKET ENTRY:** The United States Moved for detention, and, pursuant to 18 4132(f)(2)(a) the Court finds that the motion is properly made. The Detention hearing is set forth as noted below.

===============================================================================

**PRESENT:**

HON. <u>EDWARD B. ATKINS</u>, MAGISTRATE JUDGE

| <u>Mary Jane Younce</u> | <u>Rhonda Sansom</u> | <u>Christy Love</u> |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Assistant U.S. Attorney** |

**Counsel for Defendant:** <u>Ned Pillersdorf</u>    <u> X </u> Present    ___ Appointed    <u> X </u> Retained

**PROCEEDINGS:**     **ARRAIGNMENT**

<u> X </u> Copy of Indictment previously given to the defendant.

<u> X </u> Defendant states true name is <u>Jason Lee Robinson</u>.

___ The Court has reviewed the financial affidavit executed by the defendant and finds the defendant does qualify for court appointed counsel.

___ The Court appoints _____ to represent the defendant under the Criminal Justice Act.

___ Waiver Appointment of Attorney executed and filed.

<u> X </u> Defendant advised of Constitution rights pursuant to Rule 5, F. R. Cr. P.

___ Defendant advised of the nature of charges and possible penalties.

<u> X </u> Defendant waives formal arraignment.

<u> X </u> Defendant waives reading of Indictment-Information     ___ Indictment read.

<u> X </u> Defendant enters a plea of Not Guilty to <u>Counts One (1) and Two (2)</u> of the Indictment.

<u> X </u> PRETRIAL MOTIONS are to be filed pursuant to the Court's pretrial order to be entered.

<u> X </u> Motion Hearing will be set by Hon. Robert E. Wier by subsequent order.

<u> X </u> Detention Hearing set for <u>October 15, 2008 at 3:00 p.m., in London, Kentucky</u> before Hon. Robert E. Wier.

<u> X </u> Jury Trial is scheduled for <u>Monday, December 8, 2008 at 9:00 a.m.,</u> with counsel present at 8:30 a.m., at LONDON, Kentucky before the Hon. Amul R. Thapar. The anticipated length of trial is five (5) days.

<u> X </u> Defendant remanded to the custody of the United States Marshal pending further order of the Court.

Copies: COR, USPO, USM                                      Initials of Deputy Clerk <u>MJY</u>
TIC: 0/05