UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON
CRIMINAL MINUTES - SENTENCING

Case No. <u>6:09-CR-01-01-ART</u>   At: <u>London</u>   Date: <u>September 14, 2009</u>

USA vs <u>Michael P. Green</u>   <u>X</u> present   <u>X</u> custody   ___ bond   ___ OR   Age <u>30</u>

DOCKET ENTRY: The Court adopts and accepts the findings contained in the Pre-sentence Investigation Report, including the guideline calculations. Plea Agreement was accepted by the Court.

PRESENT:   HON. AMUL R. THAPAR, UNITED STATES DISTRICT JUDGE

<u>Rebecca Christian</u>   <u>Sandy Wilder</u>   <u>W. Samuel Dotson</u>
Deputy Clerk   Court Reporter   Assistant U.S. Attorney

Counsel for Defendant: <u>James Hibbard</u>   <u>X</u> present   ___ retained   <u>X</u> appointed

PROCEEDINGS: SENTENCING

____   Objection to Presentence Report is OVERRULED/GRANTED, for reasons as stated on the record.

 X    No objections to Presentence Report.

____   The Court Reporter shall transcribe the proceeding of the hearing on the Objections to the Presentence Report and file same in the record.

 X    The transcript shall be deemed as the written findings of the Court.

 X    Court's Advice of Right to Appeal provided to defendant.

 X    Judgment shall be entered (See Judgment & Commitment.)

____   Defendant is released consistent with the terms of the Judgment entered contemporaneously herewith.

 X    Defendant remanded to the custody of the United States Marshal.

Copies: COR, USP, USM

```
TIC: 21 min.
```